UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROSBAUGH, <br>            Plaintiff, <br>     vs. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br>            Defendant. | Case No. CV 10-7839 MRW <br><br> JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.

DATE: June 22, 2011

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE